1 | **FREEMAN MATHIS & GARY, LLP**
Laura Ruettgers (SBN 206636)
laura.ruettgers@fmglaw.com
Sander Alvarez (SBN 189174)
sander.alvarez@fmglaw.com
550 South Hope Street, 22nd Floor
Los Angeles, California 90071
Tel.: (213) 615-7000
Fax: (833) 264-2083

Attorneys for Defendants
ASCOT SPECIALTY INSURANCE COMPANY and
COVER WHALE INSURANCE SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MALDONALD LOGISTICS, LLC,<br><br>Plaintiff,<br>v.<br><br>ASCOT SPECIALITY INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 3:24-CV-08221-LB<br><br>**DEFENDANT COVER WHALE INSURANCE SOLUTIONS, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR PERSONS (CIV. L.R. 3-15)**<br><br>Action filed: November 20, 2024<br>Trial date: Not set |
|---|---|

Pursuant to Pursuant to Civil L.R. 3-15, the undersigned on behalf of Defendant Cover Whale Insurance Solutions, Inc. ("Cover Whale") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| INTERESTED PARTY | CONNECTION |
|---|---|
| Cover Whale Insurance Solutions, Inc. ("Cover Whale") | Defendant, a corporation organized under the laws of Delaware with its principal place of business in New York, New York.<br><br>Cover Whale is managing general agent for Defendant Ascot Specialty Insurance |

1
**DEFENDANT COVER WHALE'S CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR PERSONS**

| INTERESTED PARTY | CONNECTION |
|---|---|
|  | Company who issued the insurance policy at issue in this litigation. Cover Whale has no parent corporation and is privately held. |

Dated: March 7, 2025

**FREEMAN MATHIS & GARY, LLP**

By: _____
Laura Ruettgers
Sander Alvarez
*Attorneys for Defendants*
ASCOT SPECIALTY INSURANCE COMPANY AND
COVER WHALE INSURANCE SOLUTIONS, INC.

2
**DEFENDANT COVER WHALE'S CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR PERSONS**

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1960 E. Grand Avenue, Suite 1260, El Segundo, California 90245.

On **March 7, 2025,** I served the foregoing document(s) described as: **DEFENDANT COVER WHALE INSURANCE SOLUTIONS, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR PERSONS (CIV. L.R. 3-15)** on the interested party(ies) in this action:

## **SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF:** I certify that on **March 7, 2025**, I electronically filed the foregoing document(s) and that it/they is/are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ **BY ELECTRONIC SERVICE.** I caused a copy of the document(s) referenced above to be served via email to the individual(s) on the attached Service List.

(**FEDERAL**) I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **March 7, 2025**, at El Segundo, California.

Alinda Turner

**SERVICE LIST**

**Maldonado Logistics, LLC v. Ascot Specialty Ins. Co., et al.**
*U.S.D.C. Northern District of California Case No. 3:24-cv-08221-LB*

| | |
|---|---|
| Eliyahu Y. Kaplunovsky, Esq.<br>Law California Law Firm<br>1070 A Street, Suite 6<br>Hayward, CA 94541<br>Tel. (510) 736-0688<br>Fax: (888) 475-7798<br>Email: office@lawcalifornia.org | **Attorneys for Plaintiff,**<br><br>*MALDONALD LOGISTICS, LLC* |

**PROOF OF SERVICE**