**FREEMAN MATHIS & GARY**
Laura Ruettgers (SBN 206636)
laura.ruettgers@fmglaw.com
Sander Alvarez (SBN 189174)
sander.alvarez@fmglaw.com
1850 Mt. Diablo Blvd., Suite 510
Walnut Creek, CA 94596
Tel: 925-490-2795
Fax: 833-317-0001

*Attorneys for Defendants*
Ascot Specialty Insurance Company and
Cover Whale Insurance Solutions, Inc.

**Law California Law Firm**
Eliyahu Y. Kaplunovsky (SBN299178)
1070 A Street Suite 6
Hayward, CA 94541
Office (510) 736-0688
Fax (888) 475-7798
Email:  office@lawcalifornia.org

*Attorney for Plaintiff*
Maldonado Logistics, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALDONADO LOGISTICS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>ASCOT SPECIALITY INSURANCE COMPANY, *et al.*,<br><br>   Defendants. | Case No. 3:24-CV-08221-LB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON [Fed.R.Civ.Proc. 41(a)(1)(A)(ii)]**<br><br><br>Action filed: November 20, 2024<br>Trial date:    April 20, 2026 |

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**

1  **TO THE HONORABLE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff MALDONADO LOGISTICS, LLC and Defendants ASCOT SPECIALTY INSURANCE COMPANY and COVER WHALE INSURANCE SOLUTIONS, INC., by and through their counsel, hereby stipulate and agree to dismiss this action in its entirety with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses, thereby concluding this matter in its entirety. The parties also withdraw and terminate all pending motions submitted in this action, including but not limited to Defendants pending motion for summary judgment.

IT IS SO STIPULATED.

DATED: January 14, 2026           **FREEMAN MATHIS & GARY, LLP**

                                  By:   */s/ Sander Alvarez*
                                        Laura Ruettgers
                                        Sander Alvarez
                                        *Attorneys for Defendants*
                                        ASCOT SPECIALTY INSURANCE COMPANY and
                                        COVER WHALE INSURANCE SOLUTIONS, INC.

DATED: January 14, 2026           **LAW CALIFORNIA LAW FIRM**

                                  By:   */s/ Eliyahu Y. Kaplunovsky*
                                        Eliyahu Y. Kaplunovsky
                                        *Attorneys for Plaintiff*
                                        MALDONADO LOGISTICS, LLC

**SIGNATURE ATTESTATION**

In compliance with Civil Local Rule 5-1, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 14, 2026           By:   */s/ Sander Alvarez*
                                        Sander Alvarez

## ORDER OF DISMISSAL OF ACTION

UPON THE STIPULATION of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court hereby dismisses WITH PREJUDICE the individual action of Plaintiff Maldonado Logistics, LLC against Defendants Ascot Specialty Insurance Company and Cover Whale Insurance Solutions, Inc., each party to bear its own respective attorneys' fees, costs, and expenses in connection with this action.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**